MARGARET FRANCIOSA, Appellant, *v.* SALVATORE FRANCIOSA, Respondent.

Submitted January 7, 1946; decided March 7, 1946.

*William L. Clay* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs, unless appellant files and serves an undertaking on appeal within ten days, in which event, motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMISAROFF, Appellant, *v.* BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.

Submitted January 21, 1946; decided March 7, 1946.

Motion to compel certification of papers denied upon the ground that it does not appear that any appeal has been taken to the Supreme Court of the United States.